No. 925. UNITED STEELWORKERS OF AMERICA, AFL-CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *David E. Feller, Elliot Bredhoff* and *Jerry D. Anker* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Theophil C. Kammholz* and *Kenneth C. McGuiness* for Carrier Corporation, respondents.

No. 934. JOHN WILEY & SONS, INC., *v.* LIVINGSTON. C. A. 2d Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Charles H. Lieb* for petitioner. *Milton C. Weisman* for respondent.

No. 896. PATZKE *v.* CHESAPEAKE & OHIO RAILWAY Co. Supreme Court of Michigan. Certiorari denied. *Peter E. Bradt* for petitioner. *Robert A. Straub* and *Chase S. Osborn* for respondent.